# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY VERNA, et al.,<br><br>            Defendants. | Case No. 1:16-cv-00764 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

   Plaintiff Shannon Williams, ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 2, 2016.

   On June 3, 2016, the Court issued an order directing Plaintiff to complete and file a consent/decline form pursuant to 28 U.S.C. § 636(c). Plaintiff was granted thirty days to do so. Over thirty days passed and Plaintiff failed to comply. On July 18, 2016, the Court issued a second order directing Plaintiff to complete and file a consent/decline form within thirty days. Again, thirty days passed and Plaintiff failed to comply.

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

1     <u>Failure to show cause, or failure to respond to this order, will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **August 26, 2016**           /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE