UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY VERNA, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-00764-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO ASSIGN A UNITED STATES DISTRICT JUDGE TO THIS ACTION<br><br>[ECF Nos. 8, 9] |

   Plaintiff Shannon Williams, a prisoner in the custody of the Federal Bureau of Prisons ("BOP") proceeding pro se filed the instant civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) on June 2, 2016.

   On August 26, 2016, the previously-assigned magistrate judge issued an order to show cause why the action should not be dismissed for failure to comply with a court order, namely, the failure to complete and return the consent/decline form. (ECF No. 8.)

   On September 7, 2016, Plaintiff filed a reply to the order to show cause indicating that he wished to decline magistrate judge jurisdiction. (ECF No. 9.)

///

///

///

///

1

In light of Plaintiff's response, it is HEREBY ORDERED that:

1. The order to show cause issued August 26, 2016, is vacated;
2. The Clerk of Court is directed to assign a United States District Judge to this action; and
3. The Court will screen Plaintiff's complaint in due course as the Court presently has a large number of cases awaiting preliminary screening and case management proceeds by the order in which cases are received.

IT IS SO ORDERED.

Dated:   **September 9, 2016**

UNITED STATES MAGISTRATE JUDGE