UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTHONY VERNA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00764-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR STATUS OF THE CASE<br><br>[ECF No. 17] |

　　　　Plaintiff Shannon Williams, a prisoner in the custody of the Federal Bureau of Prisons ("BOP") proceeding pro se filed the instant civil rights action pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) on June 2, 2016.

　　　　On September 29, 2016, the Court screened Plaintiff's complaint and directed that Plaintiff either file an amended complaint or notify the Court of intent to proceed only on the claim found to be cognizable.

　　　　Plaintiff filed a first amended complaint on November 9, 2016.

　　　　On February 27, 2017, Plaintiff filed a motion requesting the status of the case. As Plaintiff was advised in the First Informational Order, "[t]his Court screens pro se plaintiff's complaints as expeditiously as possible. However, the Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable. As long as a party keeps the Court informed of

1

1 | the party's current address, the Court will provide notice of all actions which might affect the case as
2 | soon as an action is taken in the case." (ECF No. 2, Order at III (C).)  The Court is aware of Plaintiff's
3 | action and will screen the complaint in due course.  Plaintiff is advised that the Court will not file or
4 | respond in writing to any future requests for status of the case.

IT IS SO ORDERED.

Dated:   **March 1, 2017**

UNITED STATES MAGISTRATE JUDGE