UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VERNA, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00764-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANT WARDEN PAUL COPENHAVER AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 16, 20] |

　　　　Plaintiff Shannon Williams, a prisoner in the custody of the Federal Bureau of Prisons ("BOP") proceeding pro se filed the instant civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) on June 2, 2016.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 1, 2017, the Magistrate Judge filed a Findings and Recommendations which were served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. On June 29, 2017, Plaintiff filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 1, 2017, are adopted in full;

2. This action shall proceed against Defendants Brown and Verna in their individual capacity for retaliation in violation of the First Amendment, unreasonable search and seizure under the Fourth and Eighth Amendments, and cruel and unusual punishment in violation of the Eighth Amendment;

3. Defendant Warden Copenhaver and all other claims are dismissed from the action for failure to state a cognizable claim for relief;

4. Plaintiff's requests for declaratory relief and attorney's fees are dismissed; and

5. The matter is referred back to the Magistrate Judge for initiation of service of process. The Clerk of the Court is respectfully directed to mail Plaintiff a copy of his first amended complaint, ECF No. 16.

IT IS SO ORDERED.

Dated: July 21, 2017

_____
SENIOR DISTRICT JUDGE