# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY VERNA, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00764-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 30, 37] |

Plaintiff Shannon Williams, a prisoner in the custody of the Federal Bureau of Prisons ("BOP") proceeding pro se filed the instant civil rights action pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) on June 2, 2016.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 10, 2018, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. Plaintiff did not file objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on September 10, 2018, are adopted in full; and

2. Plaintiff's motion for summary judgment, filed on March 5, 2018, is denied.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
SENIOR DISTRICT JUDGE